FILED

2004 MAY -6 A 11:07

UNITED STATES BANKRUPTCY COURT
District of Arizona
Phoenix

In re: John B Nabity
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
Debtor

Case No.: 04-03604RTB

Chapter: 7

## REAFFIRMATION AGREEMENT

For good and valuable consideration, and especially in consideration of Snap-on Credit LLC, formerly Snap-on Credit Corporation (hereinafter, "Creditor"), refraining from seeking authorization from the Bankruptcy Court to repossess mechanical tools and equipment forming the collateral subject to the lien of its purchase money security interest, or exercising any other legal rights it may presently have against me as provided by law, I hereby reaffirm and agree to pay my obligation to Creditor in the sum set forth below.

I further agree that this reaffirmation shall apply to cover any and all causes of action, claims, or judgments which Creditor may have or hold against me by virtue of my original obligation to it, and I hereby agree that Creditor may proceed against me upon any such causes of action, claims, or judgments, to collect the balance due under the terms of this Reaffirmation Agreement, by reason of my failure to comply with this Agreement.

This Agreement shall not constitute or be deemed to be a release of, or cancellation of any security interest existing prior to the execution of this Agreement in favor of Creditor and against me or the property serving as collateral for the obligation, nor shall it affect the liability of any co-maker or guarantor of my obligations to Creditor.

**I UNDERSTAND THAT THIS AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN 60 DAYS AFTER THIS AGREEMENT IS FILED WITH THE COURT, WHICHEVER OCCURS LATER, BY GIVING NOTICE OF RESCISSION TO *SNAP-ON CREDIT LLC.***

**I UNDERSTAND THAT I AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT UNDER TITLE 11 OF THE UNITED STATES CODE (THE BANKRUPTCY CODE) UNDER NONBANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH THE PROVISIONS OF TITLE 11 U.S.C. § 524(c).**

I further agree that in the event for any reason my discharge is not granted in the bankruptcy case or the case is dismissed, the Creditor shall not be bound by the terms of this agreement, but may revert at its option to the claim it had prior to my filing a petition in bankruptcy.

This Reaffirmation Agreement is secured by a purchase money security agreement and interest in and to the following collateral: See attached Contract(s) and Invoice(s). I further expressly agree that I am indebted and obligated to Creditor in the principal sum of $3,409.26. The debt that I am reaffirming by this agreement shall be paid to Creditor in accordance with the terms of my original obligation with the Creditor (a photocopy of which is attached to the Reaffirmation Agreement) in weekly installments of $25.52 commencing ***the same month this agreement is signed*** and continuing until paid in full.

I acknowledge that I have read this Reaffirmation Agreement and that I understand the nature and consequences of my actions in connection with executing this Agreement and I hereby sign this Agreement this 2 of April, 20 04.

Debtor

Accepted on behalf of Creditor this 25 of March, 20 04, by Diane Strangberg, its duly authorized and acting attorney or agent.

Diane Strangberg
Snap-on Credit LLC

## DECLARATION OF DEBTOR'S ATTORNEY

I declare, under penalty of perjury, that:

1. I am the attorney for the debtor(s) and have represented the debtor(s) during the course of negotiating this Reaffirmation Agreement with Snap-on Credit LLC.
2. In my opinion, this Agreement represents a fully informed and voluntary agreement by the Debtor(s).
3. In my opinion, this agreement does not impose an undue hardship on the Debtor(s) or the debtor's dependents.
4. I have fully advised the Debtor(s) of the legal effect and consequences of this Agreement and any default under it.

Attorney for Debtor(s)

Dated: 4/13/04

S:\WORD\BKTCY\RAGRMT
\WORD\BKTCY\CHPT7COMPLETE.doc



FORM NO. FD 82G (10/02)

CREDIT SALES CONTRACT
(RETAIL INSTALLMENT CONTRACT)
Add-on Rider

[illegible] provisions, definitions, representations and conditions [illegible] 10/00/2002 [illegible] according to the Credit Sale Contract [illegible] PROPERTY [illegible] OR BUSINESS [illegible] HOUSEHOLD PURPOSES.

[illegible] 10/24/2003

| | | |
|---|---|---|
| [illegible] | | 5723.90 |
| [illegible] | | -2300.00 |
| [illegible] | 0.00 | |
| [illegible] | 2300.00 | |
| [illegible] | | 3423.90 |
| [illegible] | | 15.00 |
| 0.00 [illegible] fee | | |
| 15.00 [illegible] | | |
| [illegible] | | 3438.90 |
| Unpaid principal balance under prior Credit Sale Contract and Add-on Rider(s) -AND- [illegible] Purchase Money Security Agreement | | 222.96 |
| [illegible] | | 0.00 |
| [illegible] Amount Financed (sum of [illegible]) | | 3661.86 |
| Amount of Finance Charges | | 1646.30 |
| Total of Payments | | 5308.16 |
| [illegible] (sum of [illegible]) | | 7608.16 |

POSTED

Sales Tx 420.90
[illegible] 5723.90

[illegible] additional Property [illegible] pay for such additional Property as well as the Property [illegible] under the Credit Sale Contract and prior Add-on Riders according to the payment terms listed herein. [illegible] principal [illegible] prior Credit Sale Contract and any Add-on Rider(s) [illegible] Credit Sale Contract and any Add-on Riders [illegible] to Snap-on Credit."

*************************** DISCLOSURE OF TERMS ***************************

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 202 | $ 26.32 | WEEKLY BEGINNING 10/31/2003 |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS | TOTAL CREDIT SALE PRICE |
|---|---|---|---|---|
| Cost of your credit [illegible] | The dollar amount the credit will cost you [illegible] | [illegible] provided to you [illegible] | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit. |
| 19.900% | $ 1646.30 | $ 3661.86 | $ 5308.16 | $ 7608.16 |

[illegible]

Insurance: [illegible] required to obtain credit. You may obtain property [illegible]

Security: You are giving a security interest in [illegible] being purchased and (2) all other goods or property [illegible] may be charged, if permitted [illegible]

Late Charge: If a payment is late, you will be charged [illegible] but not more than [illegible] the maximum amount [illegible]

Prepayment: If you pay off early, [illegible] you may be entitled to a refund of part of the finance charge.

See below and on the reverse side for any additional information about nonpayment, default, any repayment in full before scheduled date, and prepayment refunds and penalties.

****************************************************************************

**BUYER ACKNOWLEDGES RECEIPT OF A COPY OF THIS AGREEMENT**

**NOTICE TO THE BUYER**

**DO NOT SIGN THIS CONTRACT (CREDIT SALE CONTRACT) BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THE CONTRACT WHEN YOU SIGN IT. YOU HAVE THE FOLLOWING RIGHTS, AMONG OTHERS:**

**(a) TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND OBTAIN A PARTIAL REFUND OF ANY UNEARNED FINANCE CHARGE;**

**(b) TO REDEEM THE PROPERTY WITHIN THE TIME PROVIDED BY LAW IF REPOSSED FOR A DEFAULT;**

**(c) TO REQUIRE, UNDER CERTAIN CONDITIONS, RESALE OF THE PROPERTY IF REPOSSESSED.**

SNC/SDO OCT 29 2003

2199

[illegible]

10/24, 2003

[illegible]

Dealer assigns for value all right, title and interest in this agreement to **Snap-on Credit Corporation, subject to acceptance by Snap-on Credit Corporation,** which shall be the secured creditor under this Agreement in accordance with paragraph 4 on the reverse and Dealer's agreement with Snap-on Credit Corporation.

ORIGINAL COPY

[illegible]

****** USE SAFETY GOGGLES ******
****** USE THE RIGHT TOOL ******
****** USE THE TOOL PROPERLY ******
****** MAINTAIN THE TOOL REGULARLY ******

******* PLEASE NOTE [illegible] ADDRESS HAS CHANGED *******
*** THANK YOU WE APPRECIATE YOUR BUSINESS ***

[illegible]

CUSTOMER [illegible] [illegible] SECURITY AGREEMENT OF THE CREDIT SALE CONTRACT [illegible]

[illegible] receipt and [illegible] copy [illegible]

X [signature]

[illegible]



FORM NO. FD 82B

CREDIT SALES CONTRACT
(RETAIL INSTALLMENT CONTRACT)

This Credit Sale Contract ( "Credit Sale Contract" or "Agreement") includes provisions on both sides of this page and establishes the terms under which the buyer named below ( referred to as "you", "your", or "Buyer") agrees the tools, equipment and other merchandise listed under "Descripton of Property" below ("Property") from an authorized Snap-on Tools Corporation Dealer ("Dealer") and to make the payments shown under "Disclosure of Terms." The Property is part of the Collateral that secures your obligations under this Agreement. BUYER REPRESENTS AND WARRANTS THAT THE PROPERTY PURCHASED HEREUNDER IS TO BE USED PRIMARILY FOR COMMERCIAL OR BUSINESS PURPOSES AND NOT PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

DESCRIPTION OF PROPERTY
Per Attached Invoice No. 115456 Date: 02/08/2002

Sales Tax 105.30
Total Cash Sale Price 1519.30

ITEMIZATION OF TOTAL CREDIT SALE PRICE

1. Total cash sale price: ................................ $ 1519.30
2. Amount of down payment and/or trade-in: ............... $ -300.00
   A. Down payment ................. $ 0.00
   B. Trade-in items ............... $ 300.00
   Description of trade-in items are on the attached invoice.
3. Unpaid balance of cash price: ......................... $ 1219.30
   (difference between 1 and 2)
4. Security Interest charge: ............................. $ 17.25
   $ 17.25 Processing Fee
   -OR-
   $ 0.00 to public officials (filing fees)
5. Other Charges (Specify) ............................... $ 0.00
6. Principal Balance (Amount Financed): .................. $ 1236.55
   (sum of (3) and (4) and (5)
7. Amount of Finance Charge: ............................. $ 194.75
8. TOTAL OF PAYMENTS (sum of 6 and 7): ................... $ 1431.30
9. TOTAL CREDIT SALE PRICE (sum of 2 and 8): ............. $ 1731.30

POSTED

****************************** DISCLOSURE OF TERMS ***************************

Your payment schedule will be:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 78 | $ 18.35 | WEEKLY BEGINING 02/15/2002 |

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you (estimated). Assumes payments are made as scheduled. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled. | TOTAL CREDIT SALE PRICE The total cost of your purchase on credit. |
|---|---|---|---|---|
| 19.800% | $ 194.75 | $ 1236.55 | $ 1431.30 | $ 1731.30 |

See above for an itemization of the Amount Financed.

Insurance: Credit life insurance and credit disability insurance are not required to obtain credit. You may obtain property insurance from anyone you want that is acceptable to Dealer or Dealer's assignee.

Security: You are giving a security interest in:(1) the goods or property being purchased: and (2) all other goods or property bearing the Snap-on/Sun Electric trademark. Filing fees or a fee for a Nonfiling insurance bond may be charged, if permitted, under applicable law. See itemization number 4.

Late Charge: If a payment is late, you will be charged 5% of the payment due, but not more than $5.00 ( or the maximum amount permitted under applicable law if less than the foregoing).

Prepayment: If you pay off early, you will not pay a penalty and you may be entitled to a refund of part of the finance charge.

See below and on the reverse side for any additional information about nonpayment, default, any repayment in full before the scheduled date, and prepayment refunds and penalties.
*******************************************************************************

**BUYER ACKNOWLEDGES RECEIPT OF A COPY OF THIS AGREEMENT**
**NOTICE TO THE BUYER**

**DO NOT SIGN THIS CONTRACT (CREDIT SALE CONTRACT) BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THE CONTRACT WHEN YOU SIGN IT. YOU HAVE THE FOLLOWING RIGHTS, AMONG OTHERS:**

**( a ) TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND OBTAIN A PARTIAL REFUND OF ANY UNEARNED FINANCE CHARGE;**
**( b ) TO REDEEM THE PROPERTY WITHIN THE TIME PROVIDED BY LAW IF REPOSSED FOR A DEFAULT;**
**( c ) TO REQUIRE, UNDER CERTAIN CONDITIONS, RESALE OF THE PROPERTY IF REPOSSESSED.**

SAC/SDO FEB 13 2002
APR

Dated: 2-8, 2002

Dealer ( Secured Party): STEPHEN MARSDEN
Signature
8438 W.PINNACLE PEAK RD PEORIA, AZ 85382

Buyer ( Debtor ): JOHN NABITY
Signature
12049 W SCOTTS DR EL MIRAGE, AZ 85335

Dealer assigns for value all right, title and interest in this agreement to **Snap-on Credit Corporation subject to acceptance by Snap-on Credit Corporation,** which shall be the secured creditor under this Agreement in accordance with paragraph 4 on the reverse and Dealer's agreement with Snap-on Credit Corporation.

ORIGINAL COPY

SALE DATE 02/08/2002

SNAP-ON TOOLS
INVOICE
CREDIT SALE RECEIPT

PAGE 1

AUTHORIZED DEALER :

STEPHEN MARSDEN
8438 W.PINNACLE PEAK RD

PEORIA, AZ
85382-
TELEPHONE : 623 566 6647
MOBILE : 602-390-2319

TAX RATE = 8.100%

SOLD TO :
JOHN NABITY 5-13-63
12049 W SCOTTS DR

ELMARIGE, AZ
85335-
TELEPHONE :623-875-5907

CUST ACCOUNT # 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
P.O. # =
SALE TYPE = CREDIT SALE
INVOICE NO.= 115456

| QTY. | PRODUCT NO. | DESCRIPTION | EACH | COMMENTS | LC | LINE TOTAL |
|---|---|---|---|---|---|---|
| 1) 1 | KRA4800U | USED | 1300.00 | | 0 | 1300.00 |
| | SERIAL NO. | c089541 | | | | |
| 2) -1 | CRAFTSMAN | | 300.00 | TRADE IN/ | 80 | -300.00 |
| 3) 1 | SF936 | H55 FLEX RAT | 114.00 | RA TRANS/ | 70 | |

SUB TOTAL 1000.00
TAX APPLIED 105.30

TOTAL PRICE INCLUDING TAX 1105.30

****** WEAR SAFETY GOGGLES ******
****** USE THE RIGHT TOOL ******
****** USE THE TOOL PROPERLY ******
****** MAINTAIN THE TOOL REGULARLY ******

1. Total Cash Sale Price .................... 1519.30
2. Amount of down payment and/or trade-in ... -300.00
   A. Down payment ...... 0.00
   B. Trade-in .......... 300.00
3. Unpaid balance of cash price ............ 1219.30
4. Security interest charge ................ 17.25
5. Other Charges ........................... 0.00
6. Principal balance (Amount Financed) ...... 1236.55
7. Amount of Finance Charge ................ 194.75
8. TOTAL OF PAYMENTS ....................... 1431.30
9. TOTAL CREDIT SALE PRICE ................. 1731.30

78 WEEKLY PAYMENTS OF 18.35 ESTIMATED AT 19.800 % APR

THANK YOU FOR YOUR BUSINESS

CUSTOMER AGREES THAT THIS CREDIT SALE IS GOVERNED BY THE PURCHASE MONEY SECURITY AGREEMENT OR THE CREDIT SALE CONTRACT AND ANY RIDERS ( "EC CONTRACT" ) BETWEEN DEALER OR SNAP-ON AND CUSTOMER.

tomer acknowledges delivery and acceptance of the goods described in this receipt and promises to pay to the order of Dealer, p-on or their assigns, the Total Credit Sales Price. Customer grants to Dealer or Snap-on or their assigns (except to the ent prohibited by law) a security interest in the goods and equipment listed on this receipt and certain other goods and ipment in accordance with the EC Contract.

CUSTOMER: [signature]

te : 02/08/02 13:07:40 RECEIPT FOR PAYMENTS Receipt No.- 115456

| ACCT | OPENING | SALE | PAYMENT | CLOSING | |
|---|---|---|---|---|---|
| CASH | 0.00 | | 0.00 | | <-- CASH DOWNPAYMENT |
| R/A | 122.95 | -114.00 | 0.00 | 8.95 | R/A Rollover Amt |
| E.C. | 0.00 | 0.00 | 0.00 | 0.00 | |
| ReAssigned | 0.00 | 0.00 | 0.00 | 0.00 | |
| C.S. | NEW SALE | 1431.30 | 27.52 | 1403.78 | Opening Bal In Sale |
| O/A | 0.00 | 0.00 | 0.00 | 0.00 | |

5-13-63